| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Sykes, Diane S. | 2. Court or Organization Seventh Circuit United States Court of Appeals | 3. Date of Report 05/9/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge, Active Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 716 United States Court House 517 East Wisconsin Avenue Milwaukee, WI 53202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1992 | WI Department of Employee Trust Funds (retirement account), no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/9/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society, National Student Symposium | February 26-28, 2010 | Philadelphia, Pennsylvania | Panel Discussant | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 2. | The Federalist Society, Yale University, Student Event | March 30-April 1, 2010 | New Haven, Connecticut | Speaker | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 3. | American Constitutional Society, National Convention | June 17-19, 2010 | Washington, D.C. | Panel Discussant | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 4. | The Witherspoon Institute, Princeton University | August 10-12, 2010 | Princeton, New Jersey | Speaker | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 5. | The Federalist Society, Duke University, Student Event | October 6-10, 2010 | Raleigh, North Carolina | Speaker | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sykes, Diane S. | 05/9/2011 |

| 6. | The Federalist Society, William Mitchell, Warren Burger Lecture | October 11-13, 2010 | St. Paul, Minnesota | Speaker | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
|---|---|---|---|---|---|
| 7. | The Federalist Society, National Convention | November 17-21, 2010 | Washington, D.C. | Speaker & Conference | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/9/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Judicial Guest Privileges | Union League Club, Chicago, Illinois - See Part VIII | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BGI Mid Cap Equity-Collective W (via WI Def. Comp. Program | A | | J | T | | | | | See Part VIII |
| 2. T Rowe Price Mid Cap Gr (via WI Def. Comp. Program) | A | | J | T | | | | | See Part VIII |
| 3. Fid Contrafund (via WI Def. Comp. Program) | A | | J | T | | | | | See Part VIII |
| 4. Vanguard Admiral Treasury Money Market (via WI Def. Comp.) | A | | J | T | | | | | See Part VIII |
| 5. BGI US Debt Index Fund (via WI Def. Comp. Program | A | | J | T | | | | | See Part VIII |
| 6. AllianceBerstein US Gov A | A | | J | T | | | | | See Part VIII |
| 7. WI Department of Employee Trust Funds, retirement account | C | Interest | L | T | | | | | |
| 8. Interest, Ozaukee Bank | A | Interest | J | T | | | | | |
| 9. College Savings Plan #1--See Part VIII | A | | J | T | | | | | See Part VIII |
| 10. College Savings Plan #2--See Part VIII | A | | J | T | | | | | See Part VIII |
| 11. College Savings Plan #3--See Part VIII | A | | J | T | | | | | See Part VIII |
| 12. College Savings Plan #4--See Part VIII | A | | J | T | | | | | See Part VIII |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I1 =$1,000,001 - $5,000,000 | I2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part II. The agreement regarding the Wisconsin Department of Employee Trust Funds commenced in 1992, when Judge Sykes began employment as a Milwaukee County Circuit Judge.

2) Part V, Item 1. The Union League Club of Chicago is a social and civic association with dining, lodging, and athletic facilities located adjacent to the federal complex in Chicago. The Club offers guest privileges to federal judges. The charge for these limited privileges for 2010 was $966 (full Club membership dues for a guest of the same age for 2010 were $3,130). Members of the federal judiciary who receive such Club privileges may not hold office, serve on committees, or be entitled to vote. Judicial officers with these guest privileges pay for food and athletic services on the same basis as Club members.

3) Part VII. The income during reporting period (column B(2)) for Assets 1 through 6 and 9 through 12 is market gain/appreciation.

4) Part VII. Line Entry #9: VCSP/College America American Funds Money Market Fund 529A (via NML Investment Services LLC).

5) Part VII. Line Entry #10: VCSP/College America American Funds Money Market Fund 529A (via NML Investment Services LLC).

6) Part VII. Line Entry #11: Vanguard 529 College Savings Plan Conservative Age-Based Option: Interest Accumulation Portfolio (not a state-sponsored plan).

7) Part VII. Line Entry #12: Vanguard 529 College Savings Plan Conservative Age-Based Option: Income Portfolio (not a state-sponsored plan).

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/9/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Diane S. Sykes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544